IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. ALBERTS,
    Plaintiff
    v.
EEOC,
    Defendant

Case No. 3:19-cv-177-KRG-KAP

Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 23, 2019, ECF no. 4, recommending that the complaint be dismissed without leave to amend.

The plaintiff was notified that, pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 18th day of November, 2019, it is

ORDERED that the complaint is dismissed as recommended in the Report and Recommendation at ECF no. 4, which is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Richard P. Alberts
2311 Seventh Avenue
Altoona, PA 16602